# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2614

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Kevin Ray Purnell, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: December 7, 2010
Filed: December 9, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Kevin Purnell pled guilty to one count of possessing cocaine base with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). After calculating a Guidelines imprisonment range of 188-235 months, the district court[1] sentenced Purnell to 180 months' imprisonment. On appeal, his counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), stating that Purnell believes that his sentence is substantively unreasonable.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

We conclude that the district court committed no procedural error and imposed a substantively reasonable sentence.  See Gall v. United States, 552 U.S. 38, 51 (2007) (in reviewing sentence, appellate court first ensures that district court committed no significant procedural error, and then considers substantive reasonableness of sentence under abuse-of-discretion standard); United States v. Haack, 403 F.3d 997, 1004 (8th Cir. 2005) (describing abuse of discretion).

Having reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues.  Accordingly, we allow counsel to withdraw, and we affirm.

_____